# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Vectrus Systems Corporation | )     ASBCA No. 61594 |
| | ) |
| Under Contract No. FA8051-15-D-0003 | ) |

APPEARANCE FOR THE APPELLANT:     Joseph G. Martinez, Esq.
    K. Tyler Thomas, Esq.
     Dentons US LLP
     Denver, CO

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
     Air Force Deputy Chief Trial Attorney
    Jason R. Smith, Esq.
    Colby L. Sullins, Esq.
     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 1, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61594, Appeal of Vectrus Systems Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals